NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

FILED
CLERK, U.S. DISTRICT COURT
1/14/25
CENTRAL DISTRICT OF CALIFORNIA
BY ___MRV___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ATTORNEY(S) FOR: Plaintiff - Pro Se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS

Plaintiff(s),

v.

DBS SUN DEVELOPMENT dba SUN DEVELOPMENT, DAN BAR SHIRA, and MEIR RAANAN,

Defendant(s)

CASE NUMBER:

2:25-cv-00428-WLH(AJRx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff, pro se,_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jorge Alejandro Rojas | Plaintiff. |

01/14/2025
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Jorge Alejandro Rojas

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES