Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

FILED
CLERK, U.S. DISTRICT COURT
2/2/25
CENTRAL DISTRICT OF CALIFORNIA
BY ___MRV___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>Plaintiff,<br><br>v.<br><br>DBS SUN DEVELOPMENT dba SUN DEVELOPMENT, et al.,<br><br>Defendants. | Case No. 2:25-cv-00428-WLH-AJR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, as to all Defendants, with prejudice.

Dated: February 2, 2025

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this filing has been sent to Defendants to their counsel via e-mail, consent to do so which was obtained.

Dated: February 2, 2025

Jorge Alejandro Rojas